UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARK LAW GROUP, a professional limited liability company, and NADIA KOUREHDAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | NO. 2:22-cv-00504-JLR<br><br>JLR<br>[~~PROPOSED~~] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>NOVEMBER 7, 2022 |

## ORDER

Having considered the Parties' Stipulated Motion to Amend Defendant's Answer to Plaintiffs' Complaint, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Arch Insurance Company will file an Amended Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages within five days of the entry of this Order.

[~~PROPOSED~~] ORDER - 1
Case No. 2:22-cv-00504-JLR

IT IS SO ORDERED.

DATED this  7th  day of   November   , 2022.

_____
JAMES J. ROBART
United States District Court Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Stephanie Ries*
    Donald J. Verfurth, WSBA #15554
    Stephanie M. Ries, WSBA #35864
    Alexander A. Jurisch, WSBA #53552
    GORDON REES SCULLY MANSUKHANI, LLP
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5100
    Email:  dverfurth@grsm.com
           sries@grsm.com
           ajurisch@grsm.com

*Attorneys for Defendant Arch Insurance Company*

CASCADE LAW, PLLC

By: */s/ Umar Ibrahim Gebril*
    Joseph W. Moore, WSBA #44061
    Umar Ibrahim Gebril, WSBA #58227
    CASCADE LAW, PLLC
    2707 Colby Avenue, Suite 1420
    Everett, WA  98201
    Phone: (425) 998-8999
    Email: joseph@cascade.law
          umar@cascade.law

*Attorneys for Plaintiffs*

[~~PROPOSED~~] ORDER - 2
Case No. 2:22-cv-00504-JLR