UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARK LAW GROUP, a professional limited liability company, and NADIA KOUREHDAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | NO. 2:22-cv-00504-JLR   **JLR**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE CROSS MOTIONS PURSUANT TO AGREED BRIEFING SCHEDULE** |

Having considered the Parties' Stipulated Motion to File Cross Motions for Summary Judgment Pursuant to an Agreed Briefing Schedule, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. The Parties will file cross motions for summary judgment pursuant to the following briefing schedule:

- Parties file cross motions for summary judgment: May 18, 2023
- Parties file responses to cross motions for summary judgment: June 5, 2023
- Parties file replies regarding cross motions for summary judgment: June 9, 2023

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO FILE CROSS MOTIONS PURSUANT
TO AGREED BRIEFING SCHEDULE - 1
Case No. 2:22-cv-00504-JLR

IT IS SO ORDERED.

DATED this __3rd__ day of __May__, 2023.

_____
HONORABLE JAMES L. ROBART

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Stephanie M. Ries*
  Donald J. Verfurth, WSBA #15554
  Stephanie M. Ries, WSBA #35864
  Alexander A. Jurisch, WSBA #53552
  Gordon Rees Scully Mansukhani, LLP
  701 Fifth Avenue, Suite 2100
  Seattle, WA 98104
  Phone: (206) 695-5100
  Fax: (206) 689-2822
  Email: dverfurth@grsm.com
         sries@grsm.com
         ajurisch@grsm.com
  *Attorneys for Defendant Arch Insurance Company*

CASCADE LAW PLLC


BY: *s/Umar I. Gebril*
  Joseph W. Moore, WSBA #44061
  Umar I. Gebril, WSBA #58227
  Cascade Law PLLC
  2707 Colby Avenue, Suite 1420
  Everett, WA 98201
  Phone: (425) 998-8999
  Email: joseph@cascade.law
         umar@cascade.law
  *Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO FILE CROSS MOTIONS PURSUANT
TO AGREED BRIEFING SCHEDULE - 2
Case No. 2:22-cv-00504-JLR