UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARK LAW GROUP, a professional limited liability company, and NADIA KOUREHDAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | NO. 2:22-cv-00504-JLR  **JLR**<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO DEFER RULING ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

Having considered the Parties' Stipulated Motion to Defer Ruling on Cross Motions for Summary Judgment, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.
2. The court DIRECTS the Clerk to renote the parties' pending cross-motions for Summary Judgment (Dkt. ## 47, 49) for August 4, 2023.
3. The deadline for disclosure of expert witness will be August 25, 2023.

IT IS SO ORDERED.

//

//

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO DEFER RULING ON CROSS MOTIONS
FOR SUMMARY JUDGMENT- 1
Case No. 2:22-cv-00504-JLR

DATED this 9th day of June, 2023.

HONORABLE JAMES L. ROBART
United States District Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Donald J. Verfurth*
   Donald J. Verfurth, WSBA #15554
   Stephanie M. Ries, WSBA #35864
   *Attorneys for Defendant Arch Insurance Company*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Email:  dverfurth@grsm.com
        sries@grsm.com

CASCADE LAW, PLLC

By: *s/Joseph W. Moore*
   Joseph W. Moore, WSBA #44061
   Umar Ibrahim Gebril, WSBA #58227
   *Attorneys for Plaintiffs*
Cascade Law, PLLC
2707 Colby Avenue, Suite 1420
Everett, WA  98201
Phone: (425) 998-8999
Email:  joseph@cascade.law
        umar@cascade.law